UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


DIRK ALAN HARTWIG,                                           CIVIL NO. 07-2402 (DSD/JSM)

    Petitioner,

v.                                                                                        ORDER

STATE OF MINNESOTA,

    Respondent.


The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 15, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, it is HEREBY ORDERED that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 [Docket No. 1] is DENIED; and

2. Respondent's Answer Motion to Dismiss Petition for Writ of Habeas Corpus [Docket No. 5] is GRANTED.


Dated:  March 14, 2008


                                                  s/David S. Doty
                                                  DAVID S. DOTY
                                                  United States District Court Judge